UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 2:18-CR-128 |
| | : | Judge Algenon L. Marbley |
| TOMAS PALMA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Indictment. (ECF No. 28). The Court understands that the Motion is unopposed. For good cause shown, the Motion is **GRANTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

                                                    s/Algenon L. Marbley
                                                    ALGENON L. MARBLEY
                                                    UNITED STATES DISTRICT JUDGE

DATED: September 12, 2018